STEVEN RAFFAELE (*pro hac vice to be filed*)
SARAH G. PASSERI (*pro hac vice to be filed*)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Telephone 212.513.3200
Facsimile  212.385.9010
E-mail: steven.raffaele@hklaw.com
          sarah.passeri@hklaw.com

SHELLEY G. HURWITZ (SBN 217566)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California  90071
Telephone 213.896.2400
Facsimile  213.896.2450
E-mail: shelley.hurwitz@hklaw.com

Attorneys for Defendant
JETBLUE AIRWAYS CORPORATION,
a Delaware corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ERICKA BOHNEL, an individual, ROSA MARTINEZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. 18-cv-00081-WBS-CMK<br><br>**ORDER ON STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

ORDER

# **ORDER**

Pursuant to the stipulation of the parties and finding good cause, the court orders as follows:

The Scheduling Conference is continued to **August 27, 2018 at 1:30 pm.** A Joint Status Report shall be filed no later than **August 13, 2018.**

IT IS SO ORDERED.

Dated: April 26, 2018

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2018, I electronically filed the foregoing with the Clerk of Court using the EM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

<u>/s/ Shelley G. Hurwitz</u>
Shelley Hurwitz

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400 Fax: 213.896.2450