GLENN S. GUENARD, CA Bar No. 129453
GUENARD & BOZARTH, LLP
gguenard@gblegal.com
1810 S Street
Sacramento, CA 95814
Phone: 916-447-7177
Fax: 916-714-9031

ALISA BRODKOWITZ, *PRO HAC VICE*
RACHEL M. LUKE, *PRO HAC VICE*
alisa@friedmanrubin.com
rachel@friedmanrubin.com
1109 1st Avenue, Suite 501
Seattle, WA 98101
Tel: 206-501-4446
Fax: 206-623-0794

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ERICKA BOHNEL, an individual,<br>ROSA MARTINEZ, an individual,<br><br>      Plaintiffs,<br><br> v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation,<br>      Defendant.<br>------------------------------------------------------<br>MICHELLE HILL, an individual,<br>ARIEL EPSTEIN POLLACK, an individual,<br><br>      Plaintiffs,<br><br> v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation,<br>      Defendant. | No. 2: 18-cv-00081-WBS-DMC<br><br>Hon. William B. Shubb<br><br>**ORDER RE JOINT STIPULATION AND MOTION TO CONTINUE TRIAL AND CASE SCHEDULING DEADLINES** |

1
ORDER GRANTING STIPULATION AND MOTION TO CONTINUE

# ORDER

The Court having considered the parties' Joint Stipulation and Motion Continuing Trial and Pretrial Schedule,

The Court having further considered the facts and circumstances set forth in the documents submitted by counsel relevant to said motion and thus finding that Plaintiffs' Motion to Continue is GRANTED.

A Scheduling Order adopting Plaintiffs' proposed deadlines will reflect the following in the *Bohnel* and *Hill* matters:

> Fact Discovery cut-off: March 31, 2020
> Expert reports: August 3, 2020
> Rebuttal expert reports: September 1, 2020
> Expert Discovery cut-off: November 2, 2020
> Deadline to mediate: December 1, 2020
> Deadline to file dispositive motions: January 4, 2021
> Bohnel Pre-Trial Conference: April 12, 2021 at 1:30 p.m.
> Bohnel Trial: June 2, 2021 at 9:00 a.m.

Dated: December 20, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE