STEVEN RAFFAELE (*pro hac vice*)
SARAH G. PASSERI (*pro hac vice*)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Telephone 212.513.3200
Facsimile 212.385.9010
E-mail: steven.raffaele@hklaw.com
          sarah.passeri@hklaw.com

SHELLEY G. HURWITZ (SBN 217566)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone 213.896.2400
Facsimile 213.896.2450
E-mail: shelley.hurwitz@hklaw.com

Attorneys for Defendant
JETBLUE AIRWAYS CORPORATION,
a Delaware corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

MICHELLE HILL; ARIEL EPSTEIN POLLACK,

        Plaintiffs,

    vs.

JETBLUE AIRWAYS CORPORATION,

        Defendant.

_____

ERIKA BOHNEL; ROSA MARTINEZ,

        Plaintiffs,

    vs.

JETBLUE AIRWAYS CORPORATION,

        Defendant.

_____

No. 2:18-cv-00081-WBS-DMC
Hon. William B. Shubb

**ORDER ON
JOINT STIPULATION AND
MOTION CONTINUING
PRETRIAL SCHEDULE**

- 1 -

**ORDER**

Pursuant to the stipulation of the parties, and finding good cause, the court amends the scheduling order as follows:

|   |                          |           |
|---|--------------------------|-----------|
| a. | Fact Discovery Cutoff    | 11/2/2020  |
| b. | Expert Disclosures       | 10/1/2020  |
| c. | Expert Rebuttals         | 11/2/2020  |
| d. | Expert Discovery Cutoff  | 12/1/2020  |
| e. | Deadline to Mediate      | 12/11/2020 |

Plaintiff's Motion to Amend Scheduling Order, currently scheduled for May 4, 2020 is hereby taken off-calendar.

IT IS SO ORDERED

Dated:  April 6, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE