GLENN S. GUENARD, CA Bar No. 129453
GUENARD & BOZARTH, LLP
gguenard@gblegal.com
8830 Elk Grove Blvd.
Elk Grove, CA 95624
Phone: 916-714-7672
Fax: 916-714-9031

RACHEL M. LUKE, *PRO HAC VICE*
FRIEDMAN RUBIN, PLLP
rachel@friedmanrubin.com
1109 1st Avenue, Suite 501
Seattle, WA 98101
Tel: 206-501-4446
Fax: 206-623-0794

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ERICKA BOHNEL, an individual,<br>ROSA MARTINEZ, an individual,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation,<br>　　　　　　　　　Defendant.<br>------------------------------------------------------<br><br>MICHELLE HILL, an individual,<br>ARIEL EPSTEIN POLLACK, an individual,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation,<br>　　　　　　　　　Defendant. | No. 2:18-cv-00081-WBS-DMC<br><br>Hon. William B. Shubb<br><br>**ORDER ON<br>JOINT STIPULATION AND<br>MOTION CONTINUING TRIAL<br>AND PRETRIAL SCHEDULE** |

1

## **ORDER**

Pursuant to the stipulation of the parties, and find good cause, the court amends the scheduling order as follows:

    a.  Fact Discovery Cutoff        4/30/2021

    b.  Expert Disclosures           6/1/2021

    c.  Expert Rebuttals             6/21/2021

    d.  Expert Discovery Cutoff     7/19/2021

    e.  Deadline to Mediate         8/9/2021

    f.  Dispositive Motions Filed    8/9/2021

    g.  Pretrial Conference         1/18/2022 at 1:30 p.m.

    h.  Trial                            3/29/2022 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  September 10, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2