UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| XUAN THI PHAN, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation,<br><br>    Defendant. | No. 2:16-cv-2328 WBS DB<br><br><br><br>ORDER RELATING CASES |
| MICHELLE HILL, an individual, and ARIEL EPSTEIN POLLACK, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation,<br><br>    Defendant. | No. 2:17-cv-1604 WBS DB |

1

|  |  |
|---|---|
| ERICKA BOHNEL, an individual, and ROSA MARTINEZ, an individual,<br><br>              Plaintiffs,<br><br>     v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation,<br><br>              Defendant. | No. 2:18-cv-81 WBS DMC |

----oo0oo----

The court previously related Phan v. Jetblue Airways Corporation, 2:16-cv-2328 WBS, and Hill v. Jetblue Airways Corporation, 2:17-cv-1604 WBS, because both cases arose from injuries allegedly incurred by each plaintiff while a passenger on JetBlue Flight No. 429 on August 11, 2016 from Boston Logan International Airport to Sacramento International Airport. Similarly, the court finds that Bohnel v. Jetblue Airways Corporation, Case No. 2:18-cv-81 WBS DMC, is related within the meaning of Local Rule 123(a) to Phan and Hill because Bohnel involves injuries allegedly incurred during the same Jetblue flight.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.[1]

The parties should be aware that relating the cases under Local Rule 123 merely has the result that all actions are

---

[1] Although the parties noted in their Joint Status Report in Case No. 2:18-cv-81 WBS DMC that Bohnel and Hill were related cases, they did not file a separate Notice of Related Case as required by Local Rule 123(b).

2

assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

        IT IS THEREFORE ORDERED that the actions denominated Phan v. JetBlue Airways Corporation, No. 2:16-2328 WBS DB, Hill v. JetBlue Airways Corporation, No. 2:17-1604 WBS DB, and Bohnel v. Jetblue Airways Corporation, No. 2:18-cv-81 WBS DMC be, and the same hereby are, deemed related.  The case denominated Bohnel v. Jetblue Airways Corp., No. 2:18-cv-81 WBS DMC, shall remain with the Honorable William B. Shubb, but any pending motions noticed for hearing before the Honorable Dennis M. Cota must be reset and noticed for hearing before the Honorable Deborah Barnes.  Henceforth, the captions on documents filed in the reassigned case shall be shown as Bohnel v. Jetblue Airways Corporation, No. 2:18-cv-81 WBS DB.

        IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated:  January 5, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE