UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ERICKA BOHNEL, an individual, and ROSA MARTINEZ, an individual,<br><br>         Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation<br><br>         Defendants. | No. 2:18-cv-81 WBS CMK<br><br>ORDER DENYING MOTION TO INTERVENE |

----oo0oo----

California State University, Sacramento ("CSU Sacramento") has moved to intervene in this case, stating that it paid various benefits to or on behalf of its employee plaintiff Rosa Martinez as a result of injuries sustained during the Jetblue flight at issue in the case. (Docket No. 85.) However, the court finds that CSU Sacramento's motion is not timely, given the stage of this case, especially where the parties have

1

recently settled after more than three years of litigation.  See Fed. R. Civ. P. 24; Citizens for Balanced Use v. Mont. Wilderness Ass'n, 647 F.3d 893, 897 (9th Cir. 2011); League of United Latin Am. Citizens v. Wilson, 131 F.3d 1297, 1302, 1308 (9th Cir. 1997); Nw. Forest Res. Council v. Glickman, 82 F.3d 825, 836 (9th Cir. 1996).

The court also accepts the representations of the parties that any liens would be paid from the settlement proceeds, such that CSU Sacramento need not intervene in this case to obtain relief.  Further, while counsel for CSU Sacramento stated that he "could not agree" to dismissal of this case, he also stated that CSU Sacramento did not object to dismissal in light of the parties' settlement and stipulation.  Accordingly, the motion to intervene (Docket No. 85) is DENIED and the court will accept the parties' stipulation of dismissal (Docket No. 89).  The court will issue a separate order as to the stipulation of dismissal.

IT IS SO ORDERED.

Dated:  October 5, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2