

GLENN S. GUENARD, CA Bar No. 129453
GUENARD & BOZARTH, LLP
gguenard@gblegal.com
8830 Elk Grove Blvd.
Elk Grove, CA 95624
Phone: 916-714-7672
Fax: 916-714-9031

RACHEL M. LUKE, *PRO HAC VICE*
FRIEDMAN RUBIN, PLLP
rachel@friedmanrubin.com
1109 1st Avenue, Suite 501
Seattle, WA 98101
Tel: 206-501-4446
Fax: 206-623-0794

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| ERICKA BOHNEL, an individual, ROSA MARTINEZ, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION, a Delaware corporation, <br><br> Defendant. | No.  2:18-cv-00081-WBS-DB <br><br> Hon. William B. Shubb <br><br> **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE** |

## **ORDER**

Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 89. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal as requested. Accordingly,

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss with Prejudice is **GRANTED**. Plaintiffs' Complaint is **dismissed** with prejudice and without costs to any party.

2. The motion of California State University, Sacramento ("CSU Sacramento") to intervene is **DENIED** in a separate Order.

3. All scheduled court hearings, if any, are **VACATED**.

The Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

IT IS SO ORDERED.

Dated: October 5, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE